UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE,<br><br>  Plaintiff,<br>v.<br><br>SSA MARINE INC et al.,<br><br>  Defendants. | CASE NO. 2:24-cv-00438-LK<br><br>ORDER GRANTING JOINT STIPULATED MOTION TO STAY |

This matter comes before the Court on the parties' Joint Stipulated Motion to Stay. Dkt. No. 25. The parties seek an "order staying all pending deadlines in this matter for sixty days so that the parties can participate in mediation, which is scheduled for April 21, 2025." *Id.* at 1. For the reasons explained below, the motion is granted.

"[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). The Court "may order a stay of the action pursuant to its power to control its docket and calendar and to provide for a just determination of the cases pending before it." *Leyva v. Certified Grocers of Cal., Ltd.*, 593

ORDER GRANTING JOINT STIPULATED MOTION TO STAY - 1

F.2d 857, 864 (9th Cir. 1979). In considering whether to grant a stay, courts consider several factors, including "the possible damage which may result," "the hardship or inequity which a party may suffer in being required to go forward," and "the orderly course of justice[.]" *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962). A stay is appropriate here to preserve the parties' and the Court's resources as the parties engage in settlement negotiations. A stay to allow the mediation process to play out will not cause any damage, nor any hardship or inequity to any party, and will promote the orderly course of justice.

The Court thus GRANTS the parties' Joint Stipulated Motion to Stay, Dkt. No. 25, and ORDERS that all deadlines are stayed for 60 days from the date of this Order, or until either party notifies the Court that mediation was unsuccessful, whichever is sooner. At the end of the 60-day period, or earlier if either party notifies the Court that mediation was unsuccessful, the parties must file a joint status report with a proposed revised schedule for all remaining pretrial deadlines and a statement regarding whether the parties' current trial date remains viable.

Dated this 27th day of March, 2025.

Lauren King
United States District Judge

ORDER GRANTING JOINT STIPULATED MOTION TO STAY - 2